# Exhibit E

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| OCM MARITIME RHINE LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VERSUS | § | |
| | § | |
| M/V KINAROS, its engines, boilers, tackle, furniture, | § | C.A. NO. _____ |
| apparel, appurtenances, etc, *in rem*, and Kinaros | § | |
| Special Maritime Enterprise, *in personam*, | § | ADMIRALTY, Rule 9(h) |
| | § | |
| Defendant. | § | |
| | § | |

**VERIFICATION OF COMPLAINT**
**BY OCM MARITIME RHINE LLC**

Pursuant to 28 U.S.C. § 1746, I declare as follows:

1.     My name is ___Sherman Lau___.  I am over the age of 21, of sound mind, and have never been convicted of a felony.  I am an Authorized Signatory of OCM Maritime Rhine LLC ("**Plaintiff**"), and am authorized to make this verification on Plaintiff's behalf.

2.     I have read the foregoing complaint and its exhibits and know the contents thereof.

3.     Based upon my own personal knowledge and upon documents and correspondence kept in the ordinary course of business, the information contained therein is true and correct.

4.     I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this ___4___ day of November, 2021.

_____  _____

Name:  Sherman Lau
Title:   Authorized Signatory