# Exhibit B

ΕΛΛΗΝΙΚΗ  ΔΗΜΟΚΡΑΤΙΑ
REPUBLIC OF GREECE

AMYEN
GRC 200.000.913

ΥΠΟΥΡΓΕΙΟ ΝΑΥΤΙΛΙΑΣ ΚΑΙ ΝΗΣΙΩΤΙΚΗΣ ΠΟΛΙΤΙΚΗΣ
MINISTRY OF MARITIME AFFAIRS AND INSULAR POLICY

ΕΓΓΡΑΦΟ ΕΘΝΙΚΟΤΗΤΑΣ
CERTIFICATE OF NATIONALITY

ΒΕΒΑΙΩΝΕΤΑΙ
THIS IS TO CERTIFY

με το παρόν ότι το εμπορικό πλοίο, που περιγράφεται πιο κάτω:
That the merchant vessel described below:

| ΟΝΟΜΑ / NAME | (α) Δ.Δ.Σ. INTERNATIONAL CALL LETTERS ΚΑΙ/AND (β) Δ.Σ.Π. M.M.S.I. | ΑΡΙΘΜΟΣ ΙΜΟ / IMO NUMBER | ΛΙΜΑΝΙ ΝΗΟΛΟΓΗΣΗΣ / PORT OF REGISTRY | ΑΡΙΘ. ΝΗΟΛΟΓΙΟΥ / REGISTER NUMBER | ΤΥΠΟΣ ΠΛΟΙΟΥ / TYPE OF SHIP |
|---|---|---|---|---|---|
| "ΚΙΝΑΡΟΣ" "KINAROS" | (α) SVA09 (β) 240904000 | 9405538 | ΠΕΙΡΑΙΑΣ PIRAEUS | 11890 | ΔΕ-Π/Φ ΧΗΜΙΚΩΝ OIL/CHEMICAL TANKER |
| ΥΛΙΚΟ ΚΑΤΑΣΚΕΥΗΣ ΣΚΑΦΟΥΣ / MATERIAL OF CONSTRUCTION | ΑΡΙΘΜΟΣ ΚΑΙ ΤΥΠΟΣ ΠΡΟΩΣΤΗΡΙΩΝ ΜΗΧΑΝΩΝ / NUMBER AND TYPE OF PROPULSION MACHINERY | | | | ΙΠΠΟΔΥΝΑΜΗ / HORSEPOWER |
| ΧΑΛΥΒΑΣ STEEL | ΜΙΑ (1) ΜΕΚΣ HYUNDAI HEAVY INDUSTRIES Co LTD EHD ONE (1) ICE | | | | 12900 BHP/ 127 RPM |

έχει καταμετρηθεί σύμφωνα με τις διατάξεις της Διεθνούς Σύμβασης του 1969
has been measured in accordance with Regulations of the International
περί καταμέτρησης της χωρητικότητας των πλοίων, όπως προκύπτει από
convesion on tonnage measurement of ships 1969, as per certificate
το πιστοποιητικό καταμέτρησης που εκδόθηκε από την ΑΠΜΙΟ ΝΗΟΓΝΩΜΟΝΑΤΩΝ 18-05-09.
of measurement issued by LLOYD'S REGISTER on the 18-05-09.
και έχει τα ακόλουθα στοιχεία:
and has the following particulars:

| ΧΩΡΗΤΙΚΟΤΗΤΑ / TONNAGE | Ολική gross (g.t.) | 29663 |
| | Καθαρή Net (n.t.) | 14113 |
| ΔΙΑΣΤΑΣΕΙΣ / DIMENSIONS | Μήκος: Length: | 175.66 Μ |
| | Πλάτος: Breadth: | 32.80 Μ |
| | Κοίλο στη μέση του πλοίου μέχρι το ανώτερο κατάστρωμα: Moulded depth amidships to upper deck | 19.10 Μ |
| ΠΛΟΙΟΚΤΗΤΗΣ / OWNER | ΟΝΟΜΑ - ΔΙΕΥΘΥΝΣΗ NAME - ADDRESS | "OCM MARITIME RHINE LLC" (MARSHALL ISLAND) 100% |

Το παραπάνω πλοίο που καταχωρήθηκε στα Ελληνικά Νηολόγια επιτρέπεται να φέρει την Ελληνική Σημαία.
The vessel has been registered in the Greek Registry and is permitted to fly the Greek Flag.

ΜΕΤΗ ΜΕΤΑΒΙΒΑΣΗ ΚΥΡΙΟΤΗΤΑΣ ΕΧΔΟΘΗΚΕ ΤΟ ΠΑΡΟΝ.
ΝΗΟΛΟΓΟΣ - α.α.

Dated at PIRAEUS on the 17 day of JULY 2020
ΠΕΙΡΑΙΑΣ 17 ΙΟΥΛΙΟΥ 2020

Νηολόγος - The Registrar
α.α. / τ.ο.

Κ.Α. 732/2018



