# Exhibit D

**OCM Maritime Rhine LLC**
**Trust Company Complex**
**Ajeltake Road, Ajeltake Island,**
**Majuro,**
**Marshall Islands, MH96960**

To:     Kinaros Special Maritime Enterprise
        c/o Eletson Holdings Inc.
        118 Kolokotroni Street
        185 35 Piraeus, Greece
        Email:  finance@eletson.com
        FAO:  Peter Kanellos

Copy:   Eletson Holdings Inc.
        118 Kolokotroni Street
        185 35 Piraeus, Greece
        Email:  finance@eletson.com
        FAO:  Peter Kanellos

20 September 2021

By registered post/by email

Dear Sirs,

**RESERVATION OF RIGHTS, DEMAND FOR PAYMENT OF HIRE & NOTIFICATION OF EVENT OF DEFAULT**

**M.V. "KINAROS" (the 'Vessel') - Bareboat Charter dated 24 June 2020**

We refer to the bareboat charter dated 24 June 2020 between OCM Maritime Rhine LLC as owners ('**Owners**') and you/Kinaros Special Maritime Enterprise as bareboat charterers ('**Charterers**') in relation to the Vessel (the '**Charterparty**').  All capitalised terms used herein and not otherwise defined shall have the meanings given to such terms in the Charterparty.

We also refer to the Reservation of Rights Letter sent to you on 1 September 2021.

As set out in the Reservation of Rights Letter, Charterers have failed to pay hire in breach of, *inter alia*, clause 11 of the Charterparty.  In particular, Charterers have failed to pay hire of **US$1,008,036.49** as more particularly set out below:

| Date | Hire |
| --- | --- |
| 17 May 2021 | US$201,035.69 |
| 17 June 2021 | US$197,401.47 |
| 16 July 2021 | US$214,847.77 |
| 17 August 2021 | US$199,252.11 |
| 17 September 2021 | US$195,499.45 |

Charterers' failure to pay hire constitutes an Event of Default under, *inter alia*, clause 45(a) the Charterparty, which is continuing.

Owners hereby call upon Charterers to remedy and rectify the Event of Default by the immediate payment of outstanding hire in the sum of **US$1,008,036.49**.

Owners hereby reserve all of their rights and remedies under the Charterparty.  Nothing in this Notice shall operate as a waiver of Owners' rights or remedies under the Charterparty, the Finance Documents or as a matter of law.  No failure on Owners' part to exercise, or any delay in exercising any right or remedy, shall operate as a waiver, forbearance or forfeiture thereof, nor shall any single or partial exercise of any right or remedy prevent any further or other exercise thereof.  All of Owners' rights remain reserved in respect of all or any other termination events and/or non-compliance with any provision of the Charterparty that may have occurred.

This Notice shall be governed by English law.

Yours faithfully,


Signature: _____

Position/Director: _____


For and on behalf of **OCM Maritime Rhine LLC**

- 3 -

**OCM MARITIME RHINE LLC**

By OAKTREE MARITIME FINANCE I, LLC
Its Managing Member

By OAKTREE FUND GP, LLC
Its Manager

By OAKTREE FUND GP I, L.P.
Its Managing Member

By: _____
Name: Sherman Lau
Title: Authorized Signatory

By: _____
Name: Jordan Mikes
Title: Authorized Signatory